USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Elvis Capellan,

            Defendant.

21-cr-139 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing in this matter scheduled for July 7, 2021 at 10:00 A.M. is adjourned to July 19, 2021 at 1:00 P.M. The proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: June 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge